Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
  In re: Martin D. Borst, Case Number 24-02783, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102**

---

Undeliverable Address:
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053
Role type/cr id: 5664758
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 14000 COMMERCE PKWY STE H, MOUNT LAUREL NJ 08054-2242 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Milstead & Associates, LLC
14000 Commerce Pkwy, Ste H, Mount Laurel, NJ 08054

| /s/Amy Lynn Bennecoff Ginsburg | 11/05/2024 |
|---|---|
| Signature of Debtor or Debtor's Attorney | Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**