UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARTIN D. BORST,　　　　　　　　　　　　　Case No. 1:24-bk-02783-MJC
Debtor.　　　　　　　　　　　　　　　　　　　Chapter 13
_____/

## VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY

Debtor, by and through undersigned counsel, pursuant to 11 U.S.C. § 362(c)(3), hereby files this *Verified Motion to Extend the Automatic Stay*. In support thereof, Debtor states as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on October 29, 2024.

2. On June 26, 2024, Debtor filed Bankruptcy Case No. 5:24-bk-01589-MJC ("Prior Case"), in the United States Bankruptcy Court, Middle District of Pennsylvania, Harrisburg Division, under Chapter 13. The Prior Case was subsequently voluntarily dismissed on July 17, 2024.

3. Debtor did not have any prior cases dismissed in the past year for any of the following reasons:

    a. failure to file or amend required documents without substantial excuse;

    b. failure to provide adequate protection as ordered by the Court; or

    c. failure to perform the terms of a plan confirmed by the Court.

4. There has been a substantial change in the Debtor's circumstances since the dismissal of the Prior Case. Debtor's prior case was filed pro se and Debtor had difficulty navigating the bankruptcy process and completing all of the required paperwork. Debtor has now hired the undersigned to represent him in this matter.

5. Debtor has filed all required Schedules and Statements and a Chapter 13 Plan in this case.

WHEREFORE, the Debtor requests this Court grant this Motion, indefinitely extend the automatic stay as to all creditors, and for any other relief deemed fair and just.

GINSBURG LAW GROUP, P.C.

/s/ Amy Lynn Bennecoff Ginsburg
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19402
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com
Attorney for Debtor

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2024

_/s/ Martin D. Borst_
Martin D. Borst, Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before December 13, 2024, a true and correct copy of the foregoing was furnished via electronic or regular mail to the parties listed on the attached mailing matrix.

GINSBURG LAW GROUP, P.C.

/s/ Amy Lynn Bennecoff Ginsburg
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19402
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com
Attorney for Debtor

| Label Matrix for local noticing | U.S. Bankruptcy Court | American Credit Acceptance |
|---|---|---|
| 0314-1 | Sylvia H. Rambo US Courthouse | 961 E Main St |
| Case 1:24-bk-02783-MJC | 1501 N. 6th Street | Spartanburg, SC 29302-2149 |
| Middle District of Pennsylvania | Harrisburg, PA 17102-1104 | |
| Harrisburg | | |
| Thu Oct 31 16:56:31 EDT 2024 | | |
| Chicago Public Schools | Corporate America Credit Union | Corporate America Federal Credit Union |
| 16355 Lagoona Canyon Rd | 970 Oaklawn Ave #3 | 4365 Crescent Road |
| Irvine, CA 92618-3801 | Elmhurst, IL 60126-1059 | Birmingham, AL 35210-1774 |
| Dental First Financing Credit Card | (p)LENDMARK FINANCIAL SERVICES | Milstead & Associates, LLC |
| PO Box 182120 | 2118 USHER ST | 1 E. Stow Road |
| Columbus, OH 43218-2120 | COVINGTON GA 30014-2434 | Marlton, NJ 08053-3118 |
| Select Portfolio Servicing | Synchrony Bank/Lowes | The Bank of Missouri/FPL |
| PO Box 65250 | PO Box 530914 | 5 Concourse Parkway |
| Salt Lake City, UT 84165-0250 | Atlanta, GA 30353-0914 | Atlanta, GA 30328-5350 |
| United States Trustee | Wilmington Savings Fund Society FSB | Amy Lynn Bennecoff Ginsburg |
| US Courthouse | 6061 S Willow Dr., Suite 300 | Ginsburg Law Group, P.C. |
| 1501 N. 6th St | Englewood, CO 80111-5151 | 653 W. Skippack Pike |
| Harrisburg, PA 17102-1104 | | Suite 300-71 |
| | | Blue Bell, PA 19422-1738 |
| (p)JACK N ZAHAROPOULOS | Martin D. Borst | |
| ATTN CHAPTER 13 TRUSTEE | 52 Robin Circle | |
| 8125 ADAMS DRIVE SUITE A | Wysox, PA 18854-7966 | |
| HUMMELSTOWN PA 17036-8625 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Lendmark | Jack N Zaharopoulos | End of Label Matrix |
|---|---|---|
| P.O. Box 80845 | Standing Chapter 13 | Mailable recipients    16 |
| Conyers, GA 30013 | (Trustee) | Bypassed recipients     0 |
| | 8125 Adams Drive, Suite A | Total                  16 |
| | Hummelstown, PA 17036 | |