In re:                                                                                                                                         Case No. 24-02783-MJC

Martin D. Borst                                                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                        User: AutoDocke                                             Page 1 of 2

Date Rcvd: Dec 12, 2024                             Form ID: ntcnfhrg                                   Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin D. Borst, 52 Robin Circle, Wysox, PA 18854-7966 |
| 5664753 | + | Chicago Public Schools, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5664754 | + | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5664755 | + | Corporate America Federal Credit Union, 4365 Crescent Road, Birmingham, AL 35210-1774 |
| 5664758 | | Milstead & Associates, LLC, 1400 Commerce Pkwy, Ste H, Mount Laurel, NJ 08054-2242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5664752 | + | Email/Text: bankruptcy@acacceptance.com | Dec 12 2024 18:46:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5664756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2024 18:46:00 | Dental First Financing Credit Card, PO Box 182120, Columbus, OH 43218-2120 |
| 5668433 | | Email/Text: G06041@att.com | Dec 12 2024 18:46:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5664757 | | Email/Text: bk@lendmarkfinancial.com | Dec 12 2024 18:45:00 | Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5664759 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 18:46:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5664760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2024 19:08:39 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5664761 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 12 2024 18:45:00 | The Bank of Missouri/FPL, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 5664762 | ^ | MEBN | Dec 12 2024 18:41:38 | Wilmington Savings Fund Society FSB, 6061 S Willow Dr., Suite 300, Englewood, CO 80111-5151 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor 1 Martin D. Borst efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Brent J Lemon | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Martin D. Borst,　　　　　　　　　　　　　　　　Chapter　　13
aka Martin Borst,

　　　　**Debtor 1**　　　　　　　　　　　　　　Case No.　　1:24−bk−02783−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 12, 2024 |

ntcnfhrg (08/21)