# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

MARTIN D. BORST

Chapter: 13

Case No.: 1:24-bk-02783

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: January 23, 2025     Time: 10:00 a.m.

Location: 1501 N. 6th Street, Harrisburg, PA 17102

The deadline for filing objections to confirmation of the Plan is: January 16, 2025.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 12/18/2025

Filed by: /s/Amy Lynn Bennecoff Ginsburg

653 W. Skippack Pike, Suite 300-71

Blue Bell, PA 19402

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNYSLVANIA**
**HARRISBURG DIVISION**

**MARTIN D. BORST,**                                **Case No.1:24-BK-02783**
                                                     **Chapter 13**


**Debtor.** [1]

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before December 18, 2024, a true and correct copy of the

First Amended  Chapter 13 Plan and Amended Schedules A/B, C, I and J dated December 18,

2024, was served via CM/ECF to those parties registered to received electronic notice and by U.S.

Mail to those listed in the attached Mailing Matrix.


                                        **GINSBURG LAW GROUP, P.C.**

                                        653 W. Skippack Pike, Suite 300-71
                                        Blue Bell, PA 19402
                                        T: (855) 978-6564
                                        F: (855) 777-0043
                                        E: efilings@ginsburglawgroup.com
                                        Attorney for Debtor

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-02783-MJC<br>Middle District of Pennsylvania<br>Harrisburg<br>Wed Dec 18 19:00:15 EST 2024 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302-2149 |
| Chicago Public Schools<br>16355 Lagoona Canyon Rd<br>Irvine, CA 92618-3801 | Corporate America Credit Union<br>970 Oaklawn Ave #3<br>Elmhurst, IL 60126-1059 | Corporate America Federal Credit Union<br>4365 Crescent Road<br>Birmingham, AL 35210-1774 |
| Dental First Financing Credit Card<br>PO Box 182120<br>Columbus, OH 43218-2120 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Milstead & Associates, LLC<br>1400 Commerce Pkwy, Ste H<br>Mount Laurel, NJ 08054-2242 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Synchrony Bank/Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 |
| The Bank of Missouri/FPL<br>5 Concourse Parkway<br>Atlanta, GA 30328-5350 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wilmington Savings Fund Society FSB<br>6061 S Willow Dr., Suite 300<br>Englewood, CO 80111-5151 |
| Amy Lynn Bennecoff Ginsburg<br>Ginsburg Law Group, P.C.<br>653 W. Skippack Pike<br>Suite 300-71<br>Blue Bell, PA 19422-1738 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Martin D. Borst<br>52 Robin Circle<br>Wysox, PA 18854-7966 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Lendmark<br>P.O. Box 80845<br>Conyers, GA 30013 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wilmington Savings Fund Society, FSB, not | End of Label Matrix<br>Mailable recipients   17<br>Bypassed recipients    1<br>Total         18 |