IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   MARTIN D. BORST                    Case No. 24-02783

               Debtor                                Chapter 13

                                                          Judge: Mark J. Conway

_____

## MOTION TO RECONSIDER AND
## VACATE ORDER OF DISMISSAL

MARTIN D. BORST, Chapter 13 Debtor herein (the "Debtor"), by undersigned counsel, hereby moves to Reconsider and Vacate the Order Dismissing in this Chapter 13 case (*Docket #30*) entered on December 19, 2024 and for an Order authorizing the filing of the missing document within the next five (5) days on the following grounds:

1.       The Debtor filed a Chapter 13 on October 29, 2024. Jack N. Zaharopoulos was the duly appointed and acting Chapter 13 trustee.

2.       This case was dismissed on December 19, 2024 (*Docket #30*) for failure to file a missing required document (Certification of No Payment Advices).

3.       Debtor has filed the required document on 12/19/2024 (*Docket #31*).  Debtor does not believe that any parties in interest will be unduly prejudiced if this Court reinstates this case and vacates the dismissal.

WHEREFORE, MARTIN D. BORST respectfully requests this Honorable Court to enter an Order:

A.  Vacate the order dismissing their Chapter 13 case; and

B.  Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/Amy Lynn Bennecoff Ginsburg*
Amy Lynn Bennecoff Ginsburg, Esq.
GINSBURG LAW GROUP, P.A.
Attorney ID:  202745
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
Phone: 855-455-7290
Fax:     855-777-0043
Email: againsburg@ginsburglawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   MARTIN D. BORST                    Case No. 24-02783

                 Debtor                              Chapter 13

                                                     Judge: Mark J. Conway

_____

## <u>**ORDER VACATING ORDER OF DISMISSAL**</u>

Upon consideration of the corrected Motion of the Debtor to vacate the Order dismissing this Chapter 13 case (Docket No. 30) (the "Dismissal Order"), and for good cause shown, it is, by the United States Bankruptcy Court for the Middle District of Pennsylvania,

ORDERED, that the Dismissal Order be, and is hereby, VACATED, and it is further

ORDERED, that the required missing document (Certificate of No Pay Advices) was filed on December 19, 2024.

Dated:

                              _____
                              **HONORABLE MARK J. CONWAY**
                              UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   MARTIN D. BORST                       Case No. 24-02783

              Debtor                            Chapter 13

                                                Judge: Mark J. Conway

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 20th day of  December 2024, I served a copy of the foregoing motion by the Court's electronic case filing system as indicated:

Office of the United States Trustee ustpregion03.ha.ecf@usdoj.gov

Jack N. Zaharopoulos TWecf@pamd13trustee.com

Brent J. Lemon blemon@kmllawgroup.com

Amy Lynn Bennecoff Ginsburg efilings@ginsburglawgroup.com aty

<u>Via First Class Mail:</u>
All Creditors on Matrix

Respectfully submitted,

*/s/Amy Lynn Bennecoff Ginsburg*
Amy Lynn Bennecoff Ginsburg, Esq.
GINSBURG LAW GROUP, P.A.
Attorney ID:  202745
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
Phone: 855-455-7290
Fax:     855-777-0043
Email: againsburg@ginsburglawgroup.com

Label Matrix for local noticing
0314-1
Case 1:24-bk-02783-MJC
Middle District of Pennsylvania
Harrisburg
Wed Dec 18 19:00:15 EST 2024

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2149

Chicago Public Schools
16355 Lagoona Canyon Rd
Irvine, CA 92618-3801

Corporate America Credit Union
970 Oaklawn Ave #3
Elmhurst, IL 60126-1059

Corporate America Federal Credit Union
4365 Crescent Road
Birmingham, AL 35210-1774

Dental First Financing Credit Card
PO Box 182120
Columbus, OH 43218-2120

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

Milstead & Associates, LLC
1400 Commerce Pkwy, Ste H
Mount Laurel, NJ 08054-2242

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank/Lowes
PO Box 530914
Atlanta, GA 30353-0914

The Bank of Missouri/FPL
5 Concourse Parkway
Atlanta, GA 30328-5350

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wilmington Savings Fund Society FSB
6061 S Willow Dr., Suite 300
Englewood, CO 80111-5151

Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike
Suite 300-71
Blue Bell, PA 19422-1738

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Martin D. Borst
52 Robin Circle
Wysox, PA 18854-7966

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lendmark
P.O. Box 80845
Conyers, GA 30013

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Savings Fund Society, FSB, not

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18