United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02783-MJC
Martin D. Borst  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 19, 2024  Form ID: pdf010  Total Noticed: 13

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin D. Borst, 52 Robin Circle, Wysox, PA 18854-7966 |
| 5664753 | + | Chicago Public Schools, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5664754 | + | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5664755 | + | Corporate America Federal Credit Union, 4365 Crescent Road, Birmingham, AL 35210-1774 |
| 5664758 | | Milstead & Associates, LLC, 1400 Commerce Pkwy, Ste H, Mount Laurel, NJ 08054-2242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5664752 | + | Email/Text: bankruptcy@acacceptance.com | Dec 19 2024 18:38:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5664756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2024 18:38:00 | Dental First Financing Credit Card, PO Box 182120, Columbus, OH 43218-2120 |
| 5668433 | | Email/Text: G06041@att.com | Dec 19 2024 18:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5664757 | | Email/Text: bk@lendmarkfinancial.com | Dec 19 2024 18:38:00 | Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5664759 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 19 2024 18:38:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5664760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2024 18:49:21 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5664761 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 19 2024 18:38:00 | The Bank of Missouri/FPL, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 5664762 | ^ | MEBN | Dec 19 2024 18:32:09 | Wilmington Savings Fund Society FSB, 6061 S Willow Dr., Suite 300, Englewood, CO 80111-5151 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor 1 Martin D. Borst efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Brent J Lemon | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Martin D. Borst<br>aka Martin Borst<br><br>Debtor 1 | Chapter: 13<br>Case No.: 1:24-bk-02783-MJC |

ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

**Employee Income Records or Certificate of No Payment Advices**

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby **DISMISSED**. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 19, 2024

Case 1:24-bk-02783-MJC    Doc 33    Filed 12/21/24    Entered 12/22/24 00:24:45    Desc
Imaged Certificate of Notice    Page 3 of 3