IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: MARTIN D. BORST  CASE NO: 1:24-BK-02783-MJC

NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Chicago Public Schools as follows:

OLD ADDRESS:    **Chicago Public Schools**
                16355 Lagoona Canyon Rd.
                Irvine, CA 92618

NEW ADDRESS:    **Chicago Public Schools**
                42 W Madison Street, 2nd Floor
                Chicago, IL 60602

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 27th day of December, 2024.

| Chicago Public Schools | Jack W. Zaharopoulos | Martin Borst |
|---|---|---|
| 42 W. Madison Street, 2nd Fl | Chapter 13 Trustee | 52 Robin Circle |
| Chicago, IL 60602 | 8125 Adams Drive, Suite A | Wysox, PA 18854 |
|  | Hummelstown, PA 17036 |  |

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com