# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

IN RE: MARTIN D. BORST                              **CASE NO: 1:24-BK-02783-MJC**

## NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Corporate America Credit Union as follows:

OLD ADDRESS:      **Corporate America Credit Union**
970 Oaklawn Avenue, #3
Elmhurst, IL 60126


NEW ADDRESS:      **Corporate America Credit Union**
2075 Big Timber Road
Elgin, IL 60123


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 27th day of December, 2024.

| Corporate America Credit Union | Jack W. Zaharopoulos | Martin Borst |
|---|---|---|
| 2075 Big Timber Road | Chapter 13 Trustee | 52 Robin Circle |
| Elgin, IL 60123 | 8125 Adams Drive, Suite A | Wysox, PA 18854 |
| | Hummelstown, PA 17036 | |

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com