# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION


IN RE: MARTIN D. BORST                     CASE NO: 1:24-BK-02783-MJC


## NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Synchrony Bank/Lowes as follows:

OLD ADDRESS:    **Synchrony Bank/Lowes**
PO Box 530914
Atlanta, GA 30353


NEW ADDRESS:    **Synchrony Bank/Lowes**
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 27th day of December, 2024.

| | | |
|---|---|---|
| Synchrony Bank | Jack W. Zaharopoulos | Martin Borst |
| Attn: Bankruptcy Dept. | Chapter 13 Trustee | 52 Robin Circle |
| PO Box 965064 | 8125 Adams Drive, Suite A | Wysox, PA 18854 |
| Orlando, FL 32896-5064 | Hummelstown, PA 17036 | |

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com