IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: MARTIN D. BORST            CASE NO: 1:24-BK-02783-MJC

## NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Lendmark as follows:

OLD ADDRESS:     **Lendmark**
P.O. Box 80845
Conyers, GA 30013

NEW ADDRESS:     **Lendmark**
PO Box 2969
Covington, GA 30015

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 27th day of December, 2024.

| | | |
|---|---|---|
| Lendmark | Jack W. Zaharopoulos | Martin Borst |
| PO Box 2969 | Chapter 13 Trustee | 52 Robin Circle |
| Covington, GA 30015 | 8125 Adams Drive, Suite A | Wysox, PA 18854 |
| | Hummelstown, PA 17036 | |

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com